# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT RIMEL,**

    **Plaintiff,**

**v.**                                          **Case No:**   **6:15-cv-2191-Orl-41KRS**

**UBER TECHNOLOGIES, INC. and RASIER LLC,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR ADMISSION PRO HAC VICE AND WRITTEN DESIGNATION AND CONSENT TO ACT (Doc. No. 24)**
>
> **FILED:**      **April 8, 2016**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion does not state whether Brittany Weiner, Esq. has "made appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida." Local Rule 2.02(a). Any renewed motion must contain such information.

**DONE** and **ORDERED** in Orlando, Florida on April 8, 2016.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE